IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil No. 3:06-CV-1067-K |
| | § | |
| MICHAEL MANTAS, M.D., et al. | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Agreed Stipulation of Dismissal, filed on July 27, 2007. The Notice of Dismissal is **APPROVED**. This case is **DISMISSED** with prejudice, with each party to bear their owns costs incurred in this action..

SO ORDERED.

DATED: August 2nd , 2007.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE